UNITED STATES of America,
Plaintiff–Appellee,

v.

Javier FIGUEROA–CONSTANTINO,
a.k.a. Javier Constantino Figueroa,
a.k.a. Javier Constantino–Figueroa,
a.k.a. Efren Figueroa Zamora, Defendant–Appellant.

No. 15–50162.

United States Court of Appeals,
Ninth Circuit.

Submitted April 13, 2016.*

Filed April 18, 2016.

Peter Ko, Assistant U.S., Fred Sheppard, Assistant U.S., Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Javier Figueroa–Constantino, Winton, NC, pro se.

Johanna S. Schiavoni, Law Office of Johanna S. Schiavoni, San Diego, CA, for Defendant–Appellant.

Before: FARRIS, TALLMAN, and BYBEE, Circuit Judges.

MEMORANDUM **

Javier Figueroa–Constantino appeals from the revocation of supervised release and six-month sentence imposed upon revocation. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Figueroa–Constantino's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Figueroa–Constantino the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

